## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ILYA LIVIZ SR. J.D., M.Ed.**, | ) | |
| *Plaintiff*, | ) | CASE NO. ___18-12087___ |
| | ) | |
| v. | ) | |
| | ) | **COMPLAINT IN EQUITY FOR** |
| **PRESIDENT AND FELLOWS OF** | ) | **DECLARATIVE RELIEF TO** |
| **HARVARD COLLEGE**, | ) | **ENFORCE A PROPERTY RIGHT** |
| *Defendant*. | ) | |

### INTRODUCTION

Ilya Liviz Sr. ("Liviz"), has successfully completed all academic courses in Harvard Medical School ("HMS") and Harvard School of Dental Medicine ("HSDM") with high scores on both Dental Board Part I and Part II, which qualifies him for a degree of Doctor of Medicine in Dentistry ("DMD") and completely paid for by federal student financing assistance.

(Addendum is attached hereafter *infra*.)

### JURISDICTION, VENUE, AND NOTICE

1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. *See* U.S. Const. Art. III, § 1.

2. All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property. *See* 42 U.S.C., § 1982.

3. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C., § 1331.

### PARTIES

4. At all times relevant hereto, Plaintiff Ilya Liviz Sr. ("Liviz"), was a resident in the State of Massachusetts and a citizen of the United States of America.

5. At all time relevant hereto, Defendant President and Fellows of Harvard College is a corporation within the Commonwealth of Massachusetts and is the legal entity responsible for itself and for Harvard School of Dental Medicine ("HSDM").

### STATE CONSTITUTION

6. "...it is declared, that the President and Fellows of Harvard College, in their corporate capacity, and their successors in that capacity, their officers and **servants, shall have,**

**hold, use, exercise and enjoy, all the powers, authorities, rights, liberties, privileges, immunities and franchises, which they now have or are entitled to have, hold, use, exercise and enjoy**: and the same are hereby ratified and confirmed unto them, the said president and fellows of Harvard College, and to their successors, and to their officers **and servants, respectively, forever**. *See* Mass. Const. Part The Second, c. 5, art. 1. (emphasis added.)

## STATEMENT OF FACTS

7.   In Fall of 2001, Liviz received early admission to HSDM.  The first two years dental students take all the same classes as medical students plus additional dental courses have to be taken as well.  *See* Add. 2, "MIN" (Medicine) and "SDM" (School of Dental Medicine).

8.   "...dentistry is a specialty of Medicine.  Therefore, during their first two years dental students study the preclinical basic sciences and pathophysiology at Harvard medical School... By the end of the second year student have a solid foundation in preclinical medicine and dentistry." *See* Add. 3, at § 2.

9.   Liviz has successfully completed the first two years medical school and has successfully completed the dental curriculum.  The last four courses are titled; "Advanced Dentistry Module", and are enumerated as "SDM406C.A-D." *See* Add. 2.

10.   Advanced dentistry module is limited to practicing on patient and has no benefit to academics; it is purely practical in nature designed to assist dental students to pass the practical exam who will go on to become practicing dentists - not needed if you want to stay within academics; Liviz thereby completed his academic dental education.

11.   Nevertheless, because Liviz completed more work than was required per module, he in fact completed enough dental work to cover all four modules to qualify for consideration thereof; but, it is not necessary to consider because Liviz is not seeking to become a practicing dentist.

12.   Liviz also passed both of the National Board Dental Examinations Part I and Part II.

13.   Because the entire academic curriculum is completed and paid for, his property right to a D.M.D. degree has vested.

14.   It is still up to HSDM to decide if they want to certify him to allow him to take dental practical exam which is a clinical test that needs to be passed before dentistry can be practiced.  However, to possess an academic degree, completion of the entire academic curriculum and passing NBDE I & II, the property right cannot be denied to him.  It is not uncommon for professors to teach and have no part in the clinical aspects, *id est*, the degree is utilized purely for academic purposes.

15. Liviz has a student debt that is around $300,000 which is primarily the result of paying for HSDM, which was funded by Federal Education Loan.

16. HSDM has kept all of the funds, and Liviz would like to claim his property right in the Academic D.M.D., with no intent to request HSDM to certify him to take the clinical exam; hence HSDM is not listed as a party.

## PRAYOR FOR DECLARATIVE RELIEF

17. "All citizens of the United States shall have the same right, in every State ... to inherit, **purchase**, lease, sell, hold, and convey real and **personal property**. *See* 42 U.S.C., § 1982 (emphasis added)

18. D.M.D. degree is a personal property right that belongs to Liviz, a former dental student, completing all his academic courses, and as a former servant, has a property right that is protected by the state's constitution; "**servants, shall have, hold, use, exercise and enjoy, all the powers, authorities, rights, liberties, privileges, immunities and franchises, which they now have or are entitled to have, hold, use, exercise and enjoy**". *See supra*, at ¶ 6.

19. Liviz now brings this suit in equity to claim his property which was paid for in full; "[e]very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress...". *See* 42 U.S.C. § 1983.[1]

20. Liviz seeks this Honorable Court to issue a judgment declaring he has a property right in the D.M.D. paid in full, and any further relief deemed fair and just.

Respectfully Submitted,

Date: 10/05/2018

"Special thank you for my dental colleagues who have remained in touch with me."

Ilya Liviz Sr.
LEGAL CODE JURIST ("L.C.J.")
156 6th St. Lowell, MA 01850
ilya.liviz@gmail.com
B.B.O. no. 686409

---

[1] "The term "person" includes one or more individuals, governments, governmental agencies, political subdivisions, labor unions, partnerships, associations, corporations, legal representatives, mutual companies, joint-stock companies, trusts, unincorporated organizations, trustees, trustees in cases under title 11, or receivers." *See* 42 U.S.C., § 2000e(a)

# ADDENDUM

(Add. 1 to Add. 5.)

# HARVARD SCHOOL OF DENTAL MEDICINE

OFFICE OF DENTAL EDUCATION                                          617.432.1447 TEL
188 LONGWOOD AVENUE, BOSTON, MA 02115                              617.432.3881 FAX

Transcript of: Ilya Liviz
Degree: DMD
Field of Study: 4 Year DMD

**2001-2002**

| | | |
|---|---|---|
| MIN701.0 | The Human Body | S |
| MIN703.0 | Genetics, Embryology & Reprod | S |
| MIN704.0 | Immuno, Micro & Infect Disease | S |
| MIN705.0 | Prin of Pharmacology | S |
| MIN709M.Ja | Patient-Doctor I | S |
| MIN711.0 | Chemistry & Bio of the Cell | S |
| MIN712.0 | Integrated Human Physiology | S |
| SDM101B | Dental Head & Neck | P |
| SDM102B | Oral Struct & Function | P |
| SDM103B | Prin of Research Methods | P |
| SDM104B | Development | P |
| SDM105B | Oral Microbio & Immunology | P |

**2002-2003**

| | | |
|---|---|---|
| MIN707.0 | Human Nerv Sys & Behavior | S |
| MIN708.0 | HumSys-Der/Resp/Card/Hem | S |
| MIN708.0 | HumSys-GI/Mus/Ren/EndRep | S |
| MIN709M.Jb | Patient-Doctor, YR II | S |
| MIN714.0 | Pathology | S |
| MPS700M.J | Intro Clin Psychiatry | S |
| SDM201B | Orofacial Pain | P |
| SDM202B | Oral Path & Pathophysiology | P |
| SDM203C | Diagnosis & Prevention | P |

**2003-2004**

| | | |
|---|---|---|
| SDM301C | Treatment of Active Disease | P |
| SDM302C | Restorative Treatment | P |
| SDM315C | Oral Comprehensive Exam I | P |

**2004-2005**

| | | |
|---|---|---|
| SDM303C | Treatment of Child & Adoles | P |
| SDM304C | Adv Surg Treatment | P |
| SDM306C | Patient-Doctor III | P |
| SDM307C | Outcomes of Treatment | P |
| SDM317C | Clinical Case Presentation | P |
| SDM320C | Core Clinical Oral Diagnosis | P |
| SDM321C | Core Clinical Endodontics | P |
| SDM322C | Core Clinical Periodontology | P |
| SDM323C | Core Clinical Operative Dent | P |
| SDM324C | Core Clinical Oral Radiology | P |
| SDM325C | Core Clinical Prosthodontics | P |
| SDM328C | Core Clinical Oral Surgery | P |
| | Leave of Absence  08/01/04- 12/31/04 | |

**2005-2006**

| | | |
|---|---|---|
| SDM406C.A | Advanced Dentistry Module | CR |
| SDM406C.B | Advanced Dentistry Module | CR |
| | | |
| Withdrawn | 08/01/05- 12/16/05 | |

Comments:

_[signature]_

Diane Spinell, Registrar

May 05, 2006
Date

For a description of the Harvard School of Dental
Medicine's curriculm, grading system and policy on
ranking students please refer to the back of this transcript

# HARVARD SCHOOL OF DENTAL MEDICINE

## THE CURRICULUM

In September of 1994, the Harvard School of Dental Medicine implemented a new four-year curriculum founded on the educational philosophy of problem-based learning. In a problem-based learning environment emphasis is placed upon case discussions and independent study by students. This work by the students is supplemented with lectures, laboratory exercises, demonstrations, computerized instruction, and contact with expert faculty resources. At the clinical level this philosophy of education translates into a comprehensive, interdisciplinary approach to clinical training.

### Preclinical Training

The philosophy of dental education at the Harvard School of Dental Medicine (HSDM) is that dentistry is a specialty of Medicine. Therefore, during their first two years dental students study the preclinical basic sciences and pathophysiology at Harvard Medical School. In addition to their biomedical training, dental students also begin their study of oral health. The dental courses taught during this time are designed to closely parallel the courses which the students are studying at the Medical School. The courses at both the Medical School and Dental School are taught in a problem-based format. By the end of the second year students have a solid foundation in preclinical medicine and dentistry.

### Clinical Training

The third year of training at HSDM is an intensive one devoted exclusively to the development and refinement of diagnostic and clinical skills. Didactic training takes place in a series interdisciplinary blocks where dental and oral health problems are integrated with clinical instruction. The block course are: Diagnosis and Prevention, Treatment of Active Disease, Restorative Treatment, Treatment of the Child and Adolescent, Advanced Surgical Treatment, and Advanced Topics in Dentistry. Clinical training based on comprehensive care of patients is woven longitudinally through each of the sequential course blocks. In addition, students prepare a formal presentation of a case of his or her choice.

The focal point for clinical training is the Treatment Team. Treatment teams are designed as small group dental practices which also work as problem-solving groups. Each treatment team consists of third and fourth year students, a Senior Tutor, and clinical faculty from each of the specialty areas. In addition to working as a unit in the clinic, the Treatment Team meets outside of the clinic on a weekly basis to discuss the progress of the patients assigned to the team and approaches to patient care.

The fourth year of training focuses on enhancing clinical skills and competencies both inside and outside of the dental school environment. Students participate in a number of required externships at Harvard affiliated institutions including: a 12 week General Dentistry rotation at a V.A. Hospital/Community Health Center, a 4 week Oral Surgery Rotation, and an 8 week

Advanced Dentistry Rotation at HSDM. In addition, students

may participate in elective rotations in Pediatric Dentistry, Orthodontics, Implant Dentistry, Dental Public Health or

medical clerkships. When not participating in a required or elective rotation, students will see patients in the HSDM Comprehensive Care Clinic. All students are also required to present a case of his or her choice during the fourth year.

The result of this comprehensive, interdisciplinary clinical training is that students reach a solid level of competency in all areas of clinical general dentistry including: Endodontics, Operative Dentistry, Oral Diagnosis, Oral Radiology, Orthodontics, Pain Control, Pediatric Dentistry, Periodontics, Prosthetics (Complete, Fixed, Removable), and Treatment Planning.

### Research Training

In addition to didactic and clinical training, research is a required component of the HSDM curriculum. Beginning with the Year 1 Scientific Inquiry course, and continuing through the cases studied in the various block courses, students learn to critically read scientific literature, design studies, and analyze data. The research program culminates in a "hands on" research experience for each student, resulting in a written paper and formal presentation at Student Research Day.

## GRADING AND RANKING OF STUDENTS

The grading system at the Harvard School of Dental Medicine and Harvard Medical School is based upon both objective and subjective criteria, and numerical grades are not assigned. Basic Science courses taken at the medical school are denoted with (*) on the transcript and are graded *Satisfactory(S) or Unsatisfactory(U)*. Please note that no distinction is made between medical and dental students, and dental students are held to the same standards as their medical school classmates. Dental basic science and preclinical courses are graded *Pass(P)/Fail(F)*. Clinical dentistry courses are evaluated on an *Honors(H)/Pass(P)/Fail(F)* basis or *Credit (CR)*. A student must be competent and meet all departmental standards to earn a grade of Pass and Honors grades are given only for work of exceptional merit.

An Incomplete grade(I) converts to a final grade of *Fail(F) or Unsatisfactory(U)* when a student does not complete the required course work and withdraws from the Harvard School of Dental Medicine. *WD* indicates withdrawal from a course.

The Harvard School of Dental Medicine does not determine a class ranking for students in the D.M.D. program. This policy is based upon several factors. First, the school accepts only the most qualified students in the applicant pool, as evidenced by the high overall GPA, science GPA, and DAT scores of our entering students. These scores are traditionally the highest in the nation, and our students consistently maintain this standard of performance on the National Board Dental Examinations. Second, our class sizes are very small; only thirty-five students are accepted into the entering class each year. The philosophy of an Honors/Pass/Fail grading system combined with these factors, precludes the ranking of students.

**JOINT COMMISSION ON NATIONAL DENTAL EXAMINATIONS**
211 East Chicago Avenue, Sixth Floor, Chicago, IL 60611

PT1 - J03

**Report Date:**  SEPTEMBER 9, 2003

**Reference No:**  139588

Please include above reference number
when corresponding with the National Board

ILYA LIVIZ

107 AVE LOUIS PASTEUR
BOSTON, MA   02115

---

## NATIONAL BOARD DENTAL EXAMINATIONS
### PRELIMINARY REPORT OF CANDIDATE PERFORMANCE

| | LIVIZ ILYA | | | | | 139588 | 05 | HARV |
|---|---|---|---|---|---|---|---|---|
| | Name | | | | | Reference Number | Graduation | School |

| | Test Date | Anatomic Science | Biochem Physiology | Microbio Pathology | Dent Anat Occlusion | Average | Status * |
|---|---|---|---|---|---|---|---|
| **PART I** | J03 | 84 | 90 | 92 | 93 | 90 | PASS |

**CANDIDATE HAS NOT COMPLETED REQUIREMENTS FOR THE NATIONAL BOARD CERTIFICATE.**

---

## CANDIDATE STATUS EXPLANATION

**PASS**
Candidate has achieved scores of 75 or higher on all four Part I subjects and has therefore successfully completed all Part I requirements. Candidate should review the eligibility requirements for Part II in the Candidate's Guide. This is especially important for candidates who have been endorsed for Part I only.

**FAIL**
*Complete Failure:* Candidate has achieved an Average Score below 75 for the Part and is required to repeat all Part I subjects.
*Partial Failure - Eligible for Partial Testing:* Candidate has achieved a score below 75 in one or more Part I subjects. Candidate may be eligible for re-examination in individual subjects provided candidate has achieved an Average Score of 75 or above for the Part. Candidate has two opportunities within a 37-month period to achieve a passing score in the subject(s) failed.
*First Re-exam Attempt - Partial Failure:* Candidate has achieved a score below 75 in the re-examination subject(s) taken. Candidate has one opportunity remaining to achieve a passing score in the subject(s) failed. Re-examination must take place within 37 months of the date of the original partial failure.
*Second Re-exam Attempt - Complete Failure:* Only two re-examinations in National Board subjects are allowed. Because this was a second re-examination attempt, it is now necessary to be examined in all four Part I subjects.

Candidate's Guides and application materials for PART I are being sent directly to unsuccessful graduate candidates. Students may obtain these materials from their dental schools. They are also available from the Department of Testing Services at the address given below.

**Add. 4 of 5**

Department of Testing Services
American Dental Association

# Dental Admission Test
## Score Report

**Name:** **LIVIZ, ILYA**     **Testing Center:** **S0025**
**ID#:** **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**      **Date:** **June 17, 2000**

---

### *DENTAL ADMISSION TESTING PROGRAM*

EXAMINEE'S REPORT OF SCORES

**American Dental Association**
Department of Testing Services
211 East Chicago Avenue, Suite 1840
Chicago Illinois 60611-2678

|                          | Standard Score | Percentile |
|--------------------------|----------------|------------|
| Academic Average         | 21             | 97.2       |
| Perceptual Ability       | 21             | 96.4       |
| Quantitative Reasoning   | 17             | 79.0       |
| Reading Comprehension    | 17             | 44.3       |
| Biology                  | 19             | 93.0       |
| General Chemistry        | 25             | 98.3       |
| Organic Chemistry        | 27             | 100.0      |
| Total Science            | 22             | 98.8       |

THIS REPORT OF SCORES IS FOR YOUR PERSONAL USE ONLY. A REPORT OF SCORES WILL BE SENT TO THE DENTAL
SCHOOLS, WHICH YOU REQUESTED ON YOUR APPLICATION.